# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS6

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 21-07346-RGK-PD |
| Title | *Edmond Neal v. Naziz Khalifian et al.* |
| Date | May 4, 2022 |

| | | |
|---|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Dismissing Action

On April 8, 2022, the Court denied Plaintiff's Motion for Default Judgment on the ground that Plaintiff failed to meet his burden with respect to the substantive merits and the sufficiency of the complaint. In the order, the Court dismissed the ADA claim. As the ADA claim was the only remaining claim in the action, the Court hereby **DISMISSES** the action in its entirety.

**IT IS SO ORDERED**.

_____ : _____

Initials of Preparer   jre/v